AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

DEBRA JACKSON, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff

v.

FIRST FINANCIAL INVESTMENT
FUND V, LLC AND GURSTEL LAW
FIRM, P.C.,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-CV-78 TS

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed with prejudice.

January 19, 2022

*Date*

BY THE COURT:

_(signed)_
Ted Stewart
United States District Judge